## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 12-40055-01-RDR |
| | ) | |
| JAMES DANIEL FLOYD, | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

**NOW** on this 25th day of May, 2012, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting thirty (30) days' additional time to file motions herein. The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a delay, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7). See *United States v. Toombs*, –-F.3d—, 2009 WL 2357228 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the accused shall have additional time up to and including June 29, 2012 to file motions in the above-entitled action, and the government shall have until July 9, 2012 to file responses. The hearing on said motions shall be rescheduled for July 24, 2012 at 9:30 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

s/Richard D. Rogers
United States District Judge